IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TOOLGAL USA CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 6960 |
| | ) | |
| DIAMOND BLADE WAREHOUSE, INC., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This Court has just received a paper copy of Dkt. 39, which comprises interrogatories, production requests and requests to admit (over 60 pages in all) served by plaintiff Toolgal USA Corp. ("Toolgal") in this action. But the law firm representing Toolgal has been practicing in this District Court far too long for any of its people to be unaware of the long-standing prohibition against the filing of any discovery materials unless ordered by the court or otherwise permitted under some very limited circumstances -- see LR 26.3. Hence Dkt. 39 is stricken from the file.[1]

_____
Milton I. Shadur
Senior United States District Judge

Date: January 30, 2014

---

[1] Fortunately our District Court's conversion from paper to electronic filing means that the needless clutter that would be created by such an impermissible filing is avoided -- the document simply remains out there in the metaphysical sense, occupying part of what used to be called the ether. All the same, counsel certainly ought to be more attentive to the rules.